# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Kimberley Danner | § | Case No. 17-04332 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 85,000.00           Assets Exempt: 35,775.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,424.91     Claims Discharged
                                                Without Payment: 110,449.01

Total Expenses of Administration: 22,159.25

---

3) Total gross receipts of $ 42,584.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 27,584.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 100,217.00 | $ 2,107.19 | $ 2,107.19 | $ 2,107.19 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,159.25 | 22,159.25 | 22,159.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,923.00 | 4,757.73 | 4,757.73 | 3,317.72 |
| **TOTAL DISBURSEMENTS** | $ 109,140.00 | $ 29,024.17 | $ 29,024.17 | $ 27,584.16 |

　　　4) This case was originally filed under chapter 7 on 02/15/2017 . The case was pending for 23 months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated: 12/28/2018　　　　　　By:/s/STEVEN R. RADTKE
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim - Car Accident September 2016. no suit | 1242-000 | 42,584.16 |
| **TOTAL GROSS RECEIPTS** | | **$42,584.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kimberley Danner | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankamerica, 4909 Savarese Circle Tampa, FL 33634 | | 0.00 | NA | NA | 0.00 |
| | Bankamerica, 4909 Savarese Circle Tampa, FL 33634 | | 60,217.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Colonial Mortgage, P.O. Box 2988 Fort Worth, TX 76113-2988 | | 40,000.00 | NA | NA | 0.00 |
| | Illinois Department of Healthcare and Family Services | 4220-000 | NA | 1,303.49 | 1,303.49 | 1,303.49 |
| | MEDICARE | 4220-000 | NA | 803.70 | 803.70 | 803.70 |
| **TOTAL SECURED CLAIMS** | | | $ 100,217.00 | $ 2,107.19 | $ 2,107.19 | $ 2,107.19 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 3,508.42 | 3,508.42 | 3,508.42 |
| STEVEN R. RADTKE | 2200-000 | NA | 8.91 | 8.91 | 8.91 |
| Associated Bank | 2600-000 | NA | 73.86 | 73.86 | 73.86 |
| STEVEN R. RADTKE | 3110-000 | NA | 3,900.00 | 3,900.00 | 3,900.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 78.30 | 78.30 | 78.30 |
| Jeff A. Saltzman and the Law Offices of Jeff A. Saltzman | 3210-000 | NA | 14,194.72 | 14,194.72 | 14,194.72 |
| Jeff A. Saltzman and the Law Offices of Jeff A. Saltzman | 3220-000 | NA | 395.04 | 395.04 | 395.04 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,159.25 | $ 22,159.25 | $ 22,159.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/BSTBY, PO Box 30253 Salt Lake City, UT 84130 | | 1,759.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Card, Po Box 15298 Wilmington, DE 19850 |  | 612.00 | NA | NA | 0.00 |
|  | Spring Leaf Financial, Bankruptcy Department 4521 Lincoln highway Matteson, IL 60443 |  | 4,357.00 | NA | NA | 0.00 |
|  | SYNCB/AMAZON PLCC, PO Box 965015 Orlando, FL 32896-5015 |  | 2,064.00 | NA | NA | 0.00 |
| 2 | Onemain Consumer Loan, Inc. | 7100-000 | NA | 4,329.49 | 4,329.49 | 3,019.09 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 131.00 | 235.23 | 235.23 | 164.03 |
| 3 | Verizon | 7100-000 | NA | 193.01 | 193.01 | 134.60 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 8,923.00 | $ 4,757.73 | $ 4,757.73 | $ 3,317.72 |

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-04332 | LAH | Judge: | LaShonda A. Hunt | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Kimberley Danner | | | | Date Filed (f) or Converted (c): | 02/15/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/13/2017 |
| For Period Ending: | 12/28/2018 | | | | Claims Bar Date: | 09/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18501 Wentworth Ave Unit 2F Lansing Il 60438-0000 Cook | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 2. 18204 Exchange Unit 3 Lansing Il 60438-0000 Cook | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 3. 2003 Toyota Highlander | 4,275.00 | 4,275.00 | | 0.00 | FA |
| 4. Household Goods & Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 5. Tv & Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 6. Normal Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 9. Personal Injury Claim - Car Accident September 2016. no suit (u) | Unknown | 42,584.16 | | 42,584.16 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $105,775.00 | $146,859.16 | | $42,584.16 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/2018 Begin work on TFR and fee applications

8/2018 Special counsel employed; order approving settlement granted

6/2018  Case reopened after case Trustee received notification that Debtor may be entitled to a settlement award from a personal injury claim

Initial Projected Date of Final Report (TFR): 06/30/2019     Current Projected Date of Final Report (TFR): 06/30/2019

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-04332 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kimberley Danner | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6453 |
| | Checking |
| Taxpayer ID No: XX-XXX1282 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/28/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/18 | | Law Offices of Jeff A. Saltzman<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL 60173-4273 | settlement proceeds from personal injury claim | | $37,584.16 | | $37,584.16 |
| | | | Gross Receipts $42,584.16 | | | | |
| | | Kimberley Danner | Partial payment of exemption ($5,000.00) | 8100-002 | | | |
| | 9 | | Personal Injury Claim - Car Accident September 2016. no suit $42,584.16 | 1242-000 | | | |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.02 | $37,566.14 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.84 | $37,510.30 |
| 09/04/18 | 1001 | Kimberley Danner<br>18501 Wentworth Ave<br>Unit 2F<br>Lansing, IL 60438 | Balance of PI exemption per order of Court dated 8/30/18 | 8100-002 | | $10,000.00 | $27,510.30 |
| 09/04/18 | 1002 | MEDICARE<br>NGHP<br>P.O. Box 138832<br>Oklahoma City, OK 73113 | Payment of Medicare Lien pursuant to order of Court dated 8/30/18<br>Medicare ID No. 352563416A | 4220-000 | | $803.70 | $26,706.60 |
| 09/04/18 | 1003 | Illinois Department of Healthcare and Family Services<br>Bureau of Collections, Technical Recovery<br>401 S. Clinton, 5th Floor<br>Chicago, IL 60607-3800 | Payment of Medicaid Lien pursuant to order of Court dated 9/4/18<br>Case No. 93-226-0000G56647 | 4220-000 | | $1,303.49 | $25,403.11 |
| 09/04/18 | 1004 | Jeff A. Saltzman and the Law Offices of Jeff A. Saltzman<br>1821 Walden Office Square - Suite 400<br>Schaumburg, IL 60173-4273 | Attorneys' Fees pursuant to order of Court dated 8/30/18 | 3210-000 | | $14,194.72 | $11,208.39 |
| 09/04/18 | 1005 | Jeff A. Saltzman and the Law Offices of Jeff A. Saltzman<br>1821 Walden Office Square - Suite 400<br>Schaumburg, IL 60173 | Attorneys' Costs pursuant to order of Court dated 8/30/18 | 3220-000 | | $395.04 | $10,813.35 |
| | | | Page Subtotals: | | $37,584.16 | $26,770.81 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-04332  
Case Name: Kimberley Danner  
Taxpayer ID No: XX-XXX1282  
For Period Ending: 12/28/2018  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6453  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/18 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $3,508.42 | $7,304.93 |
| 12/10/18 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $8.91 | $7,296.02 |
| 12/10/18 | 1008 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $3,900.00 | $3,396.02 |
| 12/10/18 | 1009 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $78.30 | $3,317.72 |
| 12/10/18 | 1010 | Quantum3 Group Llc As Agent For Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 creditor account # representing a payment of 69.73 % per court order. | 7100-000 | | $164.03 | $3,153.69 |
| 12/10/18 | 1011 | Onemain Consumer Loan, Inc.<br>P O Box 3251<br>Evansville, In 47731-3251 | Final distribution to claim 2 creditor account # representing a payment of 69.73 % per court order. | 7100-000 | | $3,019.09 | $134.60 |
| 12/10/18 | 1012 | Verizon<br>By American Infosource As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 3 creditor account # representing a payment of 69.73 % per court order. | 7100-000 | | $134.60 | $0.00 |

Page Subtotals: $0.00  $10,813.35

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $37,584.16 | $37,584.16 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,584.16 | $37,584.16 |
| Less: Payments to Debtors | $0.00 | $10,000.00 |
| Net | $37,584.16 | $27,584.16 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6453 - Checking | $37,584.16 | $27,584.16 | $0.00 |
|  | $37,584.16 | $27,584.16 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $5,000.00 |
| Total Net Deposits: | $37,584.16 |
| Total Gross Receipts: | $42,584.16 |